IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 08-cv-01906-REB-BNB

BLAKE ANTHONY CHRISTOPHER PATTON, in the interest of a juvenile, DOB: 01/08/91, age 17, and concerning Crosby L. Powell,

    Plaintiff,

v.

DENVER DEPARTMENT OF HUMAN SERVICES, et al.,
ANDREA RIVERA, Social Caseworker, individually, and in her official capacity, Denver Dept. Of Human Services,
SENAIT KETEMA, Supervisor, Social Worker, individually, in her official capacity, Denver Dept.. Of Human Services,
AVIDA JACKSON, Intake Caseworker Trainee, individually, and in her official capacity Denver Dept. Of Human Services,
DENVER PUBLIC SCHOOLS,
CINDY YOST, Special Edu Teacher, individually and in her official capacity, Life Skills Schools,
DAVID BRETT WOODS, Judicial Officer 2nd Judicial District, individually, and in his official capacity,
DISTRICT COURT, DENVER JUVENILE COURT, CITY AND COUNTY OF DENVER,
PATRICE ELLIOTT, Probation Officer, individually, and in her official capacity for the 2nd Judicial Dist.,
DEBORAH GIBBS, Court Liaison Officer, individually, and in her official capacity with Paramount Youth Services, LLC.,
JARRED N. SIMPLEMAN, Case Manager, individually, and in his official capacity with Paramount Youth Services, LLC,
PARAMOUNT YOUTH SERVICES, LLC,
DAVID H.M. ZEN, Defense Counsel, individually, and in his official capacity as Defense Counsel for Blake Patton,
GAYLE Y.L. YOUNG, Defense Counsel, individually, and in her official capacity as Defense Counsel for Blake Patton,
ROCKY MOUNTAIN CHILDREN LAW CENTER,
TIMOTHY L. EIRICH, Guardian Ad Litem, individually, and in his official capacity as Guardian Ad Litem for Blake Patton,
CENTENNIAL PEAKS HOSPITAL,
KAREN JOHNSON, Therapist, individually, and in her official capacity,
TERESA MAYER, M.D., individually, and in her official capacity, and
COLORADO STATE DEPARTMENT OF EDUCIATION,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter comes before the court on the **Plaintiff's Motion To Dismiss Complaint Against All Parties With-Out Prejudice** [#6] filed September 10, 2008. After reviewing the motion and the file, the court has concluded that the motion should be granted and that this action should be dismissed without prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Plaintiff's Motion To Dismiss Complaint Against All Parties With-Out Prejudice** [#6] filed September 10, 2008, is **GRANTED**; and

2. That this action is **DISMISSED WITHOUT PREJUDICE**.

Dated September 11, 2008, at Denver, Colorado.

                **BY THE COURT:**

                s/ Robert E. Blackburn
                **Robert E. Blackburn**
                **United States District Judge**